IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALICE MITWARUCIU, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3223 |
| | ) | |
| v. | ) | |
| | ) | ORDER AND JUDGMENT |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the plaintiff's acceptance of the defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68, dated June 3, 2015,

IT IS ORDERED:

1) Judgment is hereby entered in favor of the plaintiff.

2) Within thirty (30) days of the entry of this order, the defendant shall remove from the plaintiff's Nebraska Department of Health and Human Services ("NDHHS") personnel file all documents in which indicate the plaintiff's ineligibility for rehire or which prohibit the plaintiff from reapplying for employment with NDHHS or any agency of the State of Nebraska.

3) As soon as practicable, but in no event later than December 31, 2015, the defendant shall pay the plaintiff the lump sum of fifty thousand dollars ($50,000), in full and complete satisfaction of each and every one of plaintiff's claims as alleged in her complaint. This sum is deemed to include, without limitation, any and all claims for damages,

1

attorneys' fees, litigation expenses, and costs of suit.  Within seven (7) days of receipt of payment, the plaintiff shall file a satisfaction of judgment.

    4)  All proceedings in this case are held in abeyance pending notification that the parties have satisfied their obligations, as set forth herein.

    DATED this 16th day of June, 2015.

    BY THE COURT:

    /s/ Lyle E. Strom

    _____
    LYLE E. STROM, Senior Judge
    United States District Court